# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JetBlue Airways Corporation
(List the full name(s) of the plaintiff(s)/petitioner(s).)

14 CV 1782 ( GBD )( )

-against-

**NOTICE OF APPEAL**

CopyTele Inc., John Roop, CTI Patent Acquisition Corporation,

and Loyalty Conversion Systems Corporation
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: JetBlue Airways Corporation

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: December 10, 2014
(date that judgment or order was entered on docket)

that: dismissed JetBlue Airways Corporation's claims with prejudice

(If the appeal is from an order, provide a brief description above of the decision in the order.)

January 8, 2015
Dated

/s/ Casey L. Griffith
Signature*

Griffith, Casey, L.
Name (Last, First, MI)

8150 N. Central Expressway, 10th Floor, Dallas, Texas 75206
Address / City / State / Zip Code

214-367-6000
Telephone Number

casey.griffith@kk-llp.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:14–cv–01782–GBD

| | |
|---|---|
| JetBlue Airways Corporation v. Copytele Inc. et al<br>Assigned to: Judge George B. Daniels<br>Cause: 28:1331 Fed. Question | Date Filed: 03/14/2014<br>Date Terminated: 12/10/2014<br>Jury Demand: Plaintiff<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**JetBlue Airways Corporation**    represented by   **Austin Champion**
Klemchuk Kubasta LLP
8150 N Central Expressway, 10th Floor
Dallas, TX 75206
(214)–367–6000
Fax: (214)–367–6001
Email: austin.champion@kk–llp.com
*ATTORNEY TO BE NOTICED*

**Casey Griffith**
Klemchuk Kubasta LLP
8150 N. Central Exprerssway, 10th fl
Dallas, TX 75206
(214)–367–6000
Fax: (214)–367–6001
Email: casey.griffith@kk–llp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Elliot Cuccaro**
Sher Tremonte LLP
80 Broad Street, Suite 1301
New York, NY 10004
(212)–202–2600
Fax: (212)–202–4156
Email: mcuccaro@shertremonte.com
*ATTORNEY TO BE NOTICED*

**Michael Tremonte**
Sher Tremonte LLP
80 Broad Street, Suite 1301
New York, NY 10004
(212)–202–2603
Fax: (212)–202–4156
Email: mtremonte@shertremonte.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Copytele Inc.**
*TERMINATED: 10/23/2014*   represented by   **Andrew Gerald Dinovo**
Dinovo Price Ellwanger &Hardy LLP
7000 N. Mopac Expressway, Suite 350
Austin, TX 78731
(512) 539–2631
Fax: (512) 539–2627
Email: adinovo@dpelaw.com
*ATTORNEY TO BE NOTICED*

**Gregory Oliver Koerner**

        Koerner & Associates, LLC
        111 John Street, Suite 230
        New York, NY 10038
        212–461–4377
        Fax: 212–453–0658
        Email: gkoerner@koerner–associates.com
        *ATTORNEY TO BE NOTICED*

        **Stefanie Tina Scott**
        Dinovo Price Ellwanger & Hardy LLP
        7000 N. Mopac Expressway, Suite 350
        Austin, TX 78731
        (512) 539–2624
        Fax: (512) 539–2627
        Email: sscott@dpelaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**John Roop**     represented by    **Andrew Gerald Dinovo**
*TERMINATED: 12/10/2014*     (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Gregory Oliver Koerner**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Stefanie Tina Scott**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

**Defendant**

**CTI Patent Acquisition Corporation**     represented by    **Andrew Gerald Dinovo**
*TERMINATED: 10/23/2014*     (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Gregory Oliver Koerner**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Stefanie Tina Scott**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Loyalty Conversion Systems Corporation**     represented by    **Andrew Gerald Dinovo**
*TERMINATED: 10/23/2014*     (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Gregory Oliver Koerner**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

    **Stefanie Tina Scott**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2014 | 1 | CIVIL COVER SHEET filed. (mqu) (laq). (Entered: 03/18/2014) |
| 03/14/2014 | 2 | COMPLAINT against CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (Filing Fee $ 350.00, Receipt |

| | | |
|---|---|---|
| | | Number 465401090037)Document filed by JetBlue Airways Corporation.(mqu) (laq). (Entered: 03/18/2014) |
| 03/14/2014 | | SUMMONS ISSUED as to CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (mqu) (Entered: 03/18/2014) |
| 03/14/2014 | | Case Designated ECF. (mqu) (Entered: 03/18/2014) |
| 03/14/2014 | | Magistrate Judge Andrew J. Peck is so designated. (mqu) (Entered: 03/18/2014) |
| 03/19/2014 | 3 | INITIAL PRETRIAL CONFERENCE: Initial Pretrial Conference set for 6/10/2014 at 09:30 AM at the United States District Courthouse, in Courtroom 11A, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. (Signed by Judge George B. Daniels on 3/19/2014) (djc) (Entered: 03/19/2014) |
| 03/19/2014 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. Copytele Inc. served on 3/17/2014, answer due 4/7/2014. Service was accepted by Ron Tenio, Vice President. Document filed by JetBlue Airways Corporation. (Cuccaro, Mark) (Entered: 03/19/2014) |
| 03/19/2014 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint. CTI Patent Acquisition Corporation served on 3/17/2014, answer due 4/7/2014. Service was accepted by Ron Tenio, Vice President. Document filed by JetBlue Airways Corporation. (Cuccaro, Mark) (Entered: 03/19/2014) |
| 03/19/2014 | 6 | AFFIDAVIT OF SERVICE of Summons and Complaint. Loyalty Conversion Systems Corporation served on 3/17/2014, answer due 4/7/2014. Service was accepted by Ron Tenio, Vice President. Document filed by JetBlue Airways Corporation. (Cuccaro, Mark) (Entered: 03/19/2014) |
| 03/20/2014 | 7 | MOTION for Preliminary Injunction. Document filed by JetBlue Airways Corporation.(Cuccaro, Mark) (Entered: 03/20/2014) |
| 03/20/2014 | 8 | MEMORANDUM OF LAW in Support re: 7 MOTION for Preliminary Injunction.. Document filed by JetBlue Airways Corporation. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 1A, # 3 Exhibit Ex. 2, # 4 Exhibit Ex. 2A, # 5 Exhibit Ex. 3, # 6 Exhibit Ex. 4, # 7 Exhibit Ex. 4A, # 8 Exhibit Ex. 4B, # 9 Exhibit Ex. 4C, # 10 Exhibit 5, # 11 Exhibit 6)(Cuccaro, Mark) (Entered: 03/20/2014) |
| 04/04/2014 | 9 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** FIRST MOTION for Casey L. Griffith to Appear Pro Hac Vice *as Counsel for Plaintiff JetBlue Airways Corporation*. Filing fee $ 200.00, receipt number 0208–9534316. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by JetBlue Airways Corporation. (Attachments: # 1 Text of Proposed Order granting Motion for Admission Pro Hac Vice re Casey Griffith, # 2 Supplement Certificate of Good Standing re Casey Griffith)(Griffith, Casey) Modified on 4/4/2014 (bcu). (Entered: 04/04/2014) |
| 04/04/2014 | 10 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** FIRST MOTION for Austin S. Champion to Appear Pro Hac Vice *as Counsel for Plaintiff JetBlue Airways Corporation*. Filing fee $ 200.00, receipt number 0208–9534373. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by JetBlue Airways Corporation. (Attachments: # 1 Text of Proposed Order granting Motion for Admission Pro Hac Vice re Austin Champion, # 2 Supplement Certificate of Good Standing re Austin Champion)(Champion, Austin) Modified on 4/4/2014 (bcu). (Entered: 04/04/2014) |
| 04/04/2014 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 10 FIRST MOTION for Austin S. Champion to Appear Pro Hac Vice *as Counsel for Plaintiff JetBlue Airways Corporation*. Filing fee $ 200.00, receipt number 0208–9534373. Motion and supporting papers to be reviewed by Clerk's O, 9 FIRST MOTION for Casey L. Griffith to Appear Pro Hac Vice *as Counsel for Plaintiff JetBlue Airways Corporation*. Filing fee $ 200.00, receipt number 0208–9534316. Motion and supporting papers to be reviewed by Clerk's Of. The filing is deficient for the following reason(s): Missing Certificate of Good Standing. Certificate of Good Standing must be issued from the Supreme Court of Texas and not from a** |

|  |  | State Bar Association.. Re–file the document as a Corrected Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days. (bcu) (Entered: 04/04/2014) |
|---|---|---|
| 04/10/2014 | 11 | MOTION for Casey Lee Griffith to Appear Pro Hac Vice *(Corrected)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by JetBlue Airways Corporation. (Attachments: # 1 Supplement Certificate of Good Standing – C. Griffith, # 2 Text of Proposed Order granting Motion to Appear Pro Hac Vice)(Griffith, Casey) (Entered: 04/10/2014) |
| 04/10/2014 | 12 | MOTION for Austin Smith Champion to Appear Pro Hac Vice *(Corrected)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by JetBlue Airways Corporation. (Attachments: # 1 Supplement Certificate of Good Standing – A. Champion, # 2 Text of Proposed Order granting Motion to Appear Pro Hac Vice)(Champion, Austin) (Entered: 04/10/2014) |
| 04/11/2014 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Casey Lee Griffith to Appear Pro Hac Vice *(Corrected)*. Motion and supporting papers to be reviewed by Clerk's Office staff. MOTION for Casey Lee Griffith to Appear Pro Hac Vice *(Corrected)*. Motion and supporting papers to be reviewed by Clerk's Office staff., 12 MOTION for Austin Smith Champion to Appear Pro Hac Vice *(Corrected)*. Motion and supporting papers to be reviewed by Clerk's Office staff. MOTION for Austin Smith Champion to Appear Pro Hac Vice *(Corrected)*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 04/11/2014) |
| 04/14/2014 | 13 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION to Dismiss. Document filed by CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Koerner, Gregory) Modified on 4/17/2014 (ka). (Entered: 04/14/2014) |
| 04/14/2014 | 14 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** RESPONSE in Opposition to Motion re: 7 MOTION for Preliminary Injunction.. Document filed by CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (Koerner, Gregory) Modified on 4/17/2014 (ka). (Entered: 04/14/2014) |
| 04/14/2014 | 15 | MOTION to Dismiss. Document filed by CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Koerner, Gregory) (Entered: 04/14/2014) |
| 04/14/2014 | 16 | RESPONSE in Opposition to Motion re: 7 MOTION for Preliminary Injunction.. Document filed by CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (Koerner, Gregory) (Entered: 04/14/2014) |
| 04/23/2014 | 17 | ORDER: Oral argument on Plaintiff's motion for preliminary injunction and Defendants' motion to dismiss is set for June 10, 2014, at 10:00AM. ( Oral Argument set for 6/10/2014 at 10:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 4/23/2014) (mro) (Entered: 04/23/2014) |
| 04/24/2014 | 18 | REPLY MEMORANDUM OF LAW in Support re: 7 MOTION for Preliminary Injunction.. Document filed by JetBlue Airways Corporation. (Cuccaro, Mark) (Entered: 04/24/2014) |
| 05/01/2014 | 19 | MEMORANDUM OF LAW in Opposition re: 15 MOTION to Dismiss. . Document filed by JetBlue Airways Corporation. (Cuccaro, Mark) (Entered: 05/01/2014) |
| 05/08/2014 | 20 | ORDER FOR ADMISSION PRO HAC VICE granting 11 Motion for Casey L. Griffith to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 5/8/2014) (mro) (Entered: 05/08/2014) |

| | | |
|---|---|---|
| 05/08/2014 | 21 | ORDER FOR ADMISSION PRO HAC VICE granting 12 Motion for Austin S. Champion to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 5/8/2014) (mro) (Entered: 05/08/2014) |
| 05/08/2014 | 22 | MOTION for Andrew G. DiNovo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–9653979. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (Attachments: # 1 Supplement Certificate of Good Standing, # 2 Text of Proposed Order)(Dinovo, Andrew) (Entered: 05/08/2014) |
| 05/08/2014 | 23 | MOTION for Stefanie T. Scott to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–9654053. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (Attachments: # 1 Supplement Certificate of Good Standing TX, # 2 Supplement Certificate of Good Standing CA, # 3 Text of Proposed Order)(Scott, Stefanie) (Entered: 05/08/2014) |
| 05/09/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 23 MOTION for Stefanie T. Scott to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–9654053. Motion and supporting papers to be reviewed by Clerk's Office staff., 22 MOTION for Andrew G. DiNovo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–9653979. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 05/09/2014) |
| 05/14/2014 | 24 | ORDER FOR ADMISSION PRO HAC VICE granting 22 Motion for Andrew G. DiNovo to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 5/14/2014) (kgo) (Entered: 05/14/2014) |
| 05/14/2014 | 25 | ORDER FOR ADMISSION PRO HAC VICE granting 23 Motion for Stephanie T. Scott to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 5/14/2014) (kgo) (Entered: 05/14/2014) |
| 06/10/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 6/10/2014 re: 7 MOTION for Preliminary Injunction. filed by JetBlue Airways Corporation, 15 MOTION to Dismiss. filed by John Roop, CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation. Plaintiff Counsel: Casey Griffith, Michael Tremonte, Brian K. Friedman; Defense Counsel: Stefanie Tina Scott, Gregory Oliver Koerner and Court Reporter present. The next conference is scheduled for September 2, 2014 at 9:30 a.m. (Vega, Elizabeth) (Entered: 06/11/2014) |
| 06/11/2014 | 26 | LETTER addressed to Judge George B. Daniels from Michael Tremonte dated June 11, 2014 re: Supplemental Authority In Further Support of JetBlue's Motion for Injunctive Relief and Opposition to Defendants' Motion to Dismiss. Document filed by JetBlue Airways Corporation.(Tremonte, Michael) (Entered: 06/11/2014) |
| 06/14/2014 | 27 | LETTER addressed to Judge George B. Daniels from Stefanie T. Scott dated June 14, 2014 re: RESPONSE IN OPPOSITION to [Dkt. 26] LETTER addressed to Judge George B. Daniels from Michael Tremonte dated June 11, 2014 re: Supplemental Authority In Further Support of JetBlue's Motion for Injunctive Relief and Opposition to Defendants' Motion to Dismiss, filed by JetBlue Airways Corporation. Document filed by CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop.(Scott, Stefanie) (Entered: 06/14/2014) |
| 08/14/2014 | 28 | TRANSCRIPT of Proceedings re: motion held on 6/10/2014 before Judge George B. Daniels. Court Reporter/Transcriber: Andrew Walker, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/8/2014. Redacted Transcript Deadline set for 9/18/2014. Release of Transcript Restriction set for 11/17/2014.(McGuirk, Kelly) (Entered: 08/14/2014) |

| | | |
|---|---|---|
| 08/14/2014 | 29 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a motion proceeding held on 6/10/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/14/2014) |
| 09/03/2014 | 30 | ENDORSED LETTER addressed to Judge George B. Daniels from Casey L. Griffith dated 8/29/2014 re: The parties have conferred and agree to postpone the conference to October 14, 2014 at 9:45 am – or some other date that is convenient for the Court.. ENDORSEMENT: The conference is adjourned to October 14, 9:45 a.m., ( Status Conference set for 10/14/2014 at 09:45 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 9/3/2014) (lmb) (Entered: 09/03/2014) |
| 10/08/2014 | 31 | ORDER: The status conference currently scheduled for October 14, 2014, at 9:45 AM is canceled. The subsequent status conference is scheduled for November 12, 2014, at 9:30 AM. (Status Conference set for 11/12/2014 at 09:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 10/8/20914) (djc) (Entered: 10/09/2014) |
| 10/21/2014 | 32 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE of of Motion. Document filed by Loyalty Conversion Systems Corporation. (Scott, Stefanie) Modified on 10/22/2014 (ka). (Entered: 10/21/2014) |
| 10/21/2014 | 33 | MOTION to Dismiss for Lack of Jurisdiction . Document filed by Loyalty Conversion Systems Corporation.(Scott, Stefanie) (Entered: 10/21/2014) |
| 10/21/2014 | 34 | MEMORANDUM OF LAW in Support re: 33 MOTION to Dismiss for Lack of Jurisdiction . . Document filed by Loyalty Conversion Systems Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Scott, Stefanie) (Entered: 10/21/2014) |
| 10/23/2014 | 35 | FIRST AMENDED COMPLAINT amending 2 Complaint against John Roop with JURY DEMAND.Document filed by JetBlue Airways Corporation. Related document: 2 Complaint filed by JetBlue Airways Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Griffith, Casey) (Entered: 10/23/2014) |
| 10/23/2014 | 36 | NOTICE of Withdrawal of its Motion for Preliminary Injunction [Dkt. #7] re: 7 MOTION for Preliminary Injunction.. Document filed by JetBlue Airways Corporation. (Griffith, Casey) (Entered: 10/23/2014) |
| 11/07/2014 | 37 | JOINT MOTION for Extension of Time to File Response/Reply as to 35 Amended Complaint, 33 MOTION to Dismiss for Lack of Jurisdiction . . Document filed by CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (Attachments: # 1 Text of Proposed Order)(Scott, Stefanie) (Entered: 11/07/2014) |
| 11/10/2014 | 38 | ORDER: granting 37 Motion for Extension of Time to File Response/Reply re: 33 MOTION to Dismiss for Lack of Jurisdiction . Before the Court is Defendants CopyTele Inc. ("CopyTele"), John Roop ("Roop"), CTI Patent Acquisition Corporation ("CTI") and Loyalty Conversion Systems Corporation's ("Loyalty Conversion") (collectively, "Defendants") Joint Motion for Extension of Time and Request to Reschedule the Status Conference. The Court hereby GRANTS the Joint Motion for Extension of Time and Request to Reschedule the Status Conference. IT IS THEREFORE ORDERED that the deadline for Plaintiff to file a Response to Defendants' Motion to Dismiss [Dkt. 33] is extended up to and including November 21, 2014. It is further ordered that the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's First Amended Complaint [Dkt. 35] is extended up to and including November 17, 2014. It is further ordered that the status conference currently scheduled for November 12, 2014 is rescheduled for December 9, 2014, at 9:45 AM. Responses due by 11/21/2014. (Signed by Judge George B. Daniels on 11/10/2014) (djc) (Entered: 11/10/2014) |
| 11/10/2014 | | Set/Reset Deadlines: John Roop answer due 11/17/2014., Set/Reset Hearings: ( Status Conference set for 12/9/2014 at 09:45 AM before Judge George B. Daniels.) (djc) (Entered: 11/10/2014) |

| | | |
|---|---|---|
| 11/17/2014 | 39 | MOTION to Dismiss *First Amended Complaint*. Document filed by Loyalty Conversion Systems Corporation.(Scott, Stefanie) (Entered: 11/17/2014) |
| 11/17/2014 | 40 | MEMORANDUM OF LAW in Support re: 39 MOTION to Dismiss *First Amended Complaint*. . Document filed by Loyalty Conversion Systems Corporation. (Scott, Stefanie) (Entered: 11/17/2014) |
| 11/21/2014 | 41 | SECOND MOTION for Extension of Time to File Response/Reply as to 33 MOTION to Dismiss for Lack of Jurisdiction . . Document filed by JetBlue Airways Corporation. (Attachments: # 1 Text of Proposed Order)(Champion, Austin) (Entered: 11/21/2014) |
| 11/21/2014 | 42 | SECOND MOTION for Extension of Time to File Response/Reply as to 33 MOTION to Dismiss for Lack of Jurisdiction . *(CORRECTED)*. Document filed by JetBlue Airways Corporation. (Attachments: # 1 Text of Proposed Order)(Champion, Austin) (Entered: 11/21/2014) |
| 11/25/2014 | 43 | ORDER. IT IS ORDERED that the deadline for Plaintiff to file a Response to Defendants' Motion to Dismiss [Dkt. 33] is extended up to and including December 4, 2014, and as further set forth. Granting 41 SECOND MOTION for Extension of Time to File Response/Reply as to 33 MOTION to Dismiss for Lack of Jurisdiction; Terminating 42 Motion for Extension of Time to File Response/Reply re 41 SECOND MOTION for Extension of Time to File Response/Reply as to 33 MOTION to Dismiss for Lack of Jurisdiction. (Responses due by 12/4/2014) (Signed by Judge George B. Daniels on 11/25/2014) (rjm) (Entered: 11/25/2014) |
| 12/04/2014 | 44 | RESPONSE in Opposition to Motion re: 39 MOTION to Dismiss *First Amended Complaint*. . Document filed by JetBlue Airways Corporation. (Griffith, Casey) (Entered: 12/04/2014) |
| 12/05/2014 | 45 | MOTION for William M. Parrish to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–10376624. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CTI Patent Acquisition Corporation, Copytele Inc., Loyalty Conversion Systems Corporation, John Roop. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(Koerner, Gregory) (Entered: 12/05/2014) |
| 12/05/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 45 MOTION for William M. Parrish to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–10376624. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 12/05/2014) |
| 12/08/2014 | 46 | ORDER FOR ADMISSION PRO HAC VICE: granting 45 Motion for William M. Parrish to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 12/8/2014) (djc) (Entered: 12/09/2014) |
| 12/09/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 12/9/2014. Plaintiff Counsel: Austin Champion, Michael Tremonte; Defense Counsel: William M. Parrish, Gregory Oliver Koerner and Court Reporter present. (Vega, Elizabeth) (Entered: 12/09/2014) |
| 12/10/2014 | 47 | ORDER: For the reasons articulated at the December 9, 2014 conference, the original Complaint is dismissed as to Defendants Copytele Inc., CTI Patent Acquisition Corporation, and Loyalty Conversion Systems Corporation. Defendant John Roop's Motion to Dismiss the First Amended Complaint as to him is GRANTED. This case is dismissed with prejudice. The Clerk of Court is directed to close the motions at ECF No. 15, 33 and 39. (Signed by Judge George B. Daniels on 12/9/2014) (djc) (Entered: 12/10/2014) |
| 12/10/2014 | | Terminate Transcript Deadlines (djc) (Entered: 12/10/2014) |
| 12/19/2014 | 48 | TRANSCRIPT of Proceedings re: ARGUMENT held on 12/9/2014 before Judge George B. Daniels. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/12/2015. Redacted Transcript Deadline set for 1/23/2015. |

| | | |
|---|---|---|
| | | Release of Transcript Restriction set for 3/23/2015.(McGuirk, Kelly) (Entered: 12/19/2014) |
| 12/19/2014 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 12/9/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 12/19/2014) |
| 01/08/2015 | 50 | NOTICE OF APPEAL from 47 Order of Dismissal,. Document filed by JetBlue Airways Corporation. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Griffith, Casey) (Entered: 01/08/2015) |
| 01/09/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 50 Notice of Appeal. (tp) (Entered: 01/09/2015) |
| 01/09/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 50 Notice of Appeal filed by JetBlue Airways Corporation were transmitted to the U.S. Court of Appeals. (tp) (Entered: 01/09/2015) |