# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand and fifteen,

_____

| | |
|---|---|
| Jetblue Airways Corporation, | **ORDER** |
| Plaintiff - Appellant, | Docket Number: 15-86 |
| v. | |
| Copytele Inc., John Roop, CTI Patent Acquisition Corporation, Loyalty Conversion Systems Corporation, | |
| Defendants - Appellees. | |

_____

A notice of appeal was filed on January 08, 2015. The filing fee of $505.00 was due to be paid to the district court by January 08, 2015. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion were mailed to appellant at the beginning of the case. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective February 09.2015 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court