GRIFFITH
BATES
CHAMPION
HARPER LLP

5910 N. Central Expressway, Suite 1050 | Dallas, Texas 75206 | P: 214.238.8400 | F: 214.238.8401

Casey Griffith
214.238.8410 | Direct
214.238.8401 | Fax
Casey.Griffith@griffithbates.com

February 6, 2015

**Via ECF**
Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

    Re:    *JetBlue Airways Corp. v. CopyTele Inc.*; Docket No. 15-86

Ms. Wolfe:

    Appellant, JetBlue Airways Corporation requests its deadline to file its brief be March 31, 2015.

Sincerely,

Casey Griffith