United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 09, 2015
Docket #: 15-86cv
Short Title: Jetblue Airways Corporation v. Copytele Inc.

DC Docket #: 14-cv-1782
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels

## NOTICE OF EXPEDITED APPEAL

By notice filed January 9, 2015, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than March 16, 2015, 35 days from the date of this notice. Appellees' briefs are due no later than April 20, 2015 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8573.