## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Jetblue Airways Corporation v. Copytele, Inc.    Docket No.: 15-86

Lead Counsel of Record (name/firm) or Pro se Party (name): Gregory Koerner, Esq.

Appearance for (party/designation): Copytele, Inc., John Roop, CTI Patent Aquisistion Corporation, Loyalty Conversion Systems Corporation

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✔] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✔] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

### RELATED CASES

[✔] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[✔] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (✓) I applied for admission on 1/31/2012 _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: Gregory O. Koerner, Esq.
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.