UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>JetBlue Airways Corporation v. CopyTele Inc., John Roop, CTI Patent Acquisition Corporation, Loyalty Conversion Systems Corporation | USCA DOCKET NUMBER:<br>15-86 | COUNSEL'S NAME:<br>Casey L. Griffith |
| | DISTRICT/AGENCY:<br>Southern District of New York | COUNSEL'S ADDRESS:<br>5910 N. Central Expressway, Suite 1050, Dallas, Texas 75206 |
| | DISTRICT/AGENCY NUMBER:<br>1:14-cv-01782-GBD | DATE:<br>11/4/2015 |

Counsel for
Plaintiff-Appellant JetBlue Airways Corporation
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Defendants-Appellees
and in favor of
Plaintiff-Appellant JetBlue Airways Corporation
for insertion in the mandate.

Docketing Fee                                                                $505.00

Costs of printing appendix (necessary copies  6  )           $185.00

Costs of printing brief (necessary copies  6  )                  $475.40

Costs of printing reply brief (necessary copies  6  )       $182.60


**(VERIFICATION HERE)**

I, Casey Griffith, have reviewed the Verified Itemized Bill of Costs and state that such items and information contained within is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

/s/ Casey Griffith

Signature

Rev. April, 2011

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 4th day of November, 2015, I caused this Verified Itemized Bill of Costs of Appellant to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Gregory O. Koerner
KOERNER LAW FIRM
111 John Street, Room 230
New York, New York 10038
(212) 461-4377
Counsel for Appellees

*/s/ Casey Griffith*
Counsel for Appellant

# THE LEX GROUP

**The LEX Group** [VA]  
**1108 East Main Street**  
**Suite 1400**  
**Richmond, Virginia 23219**  
**(804) 644-4419 (Telephone)**  
**(804) 644-3660 (Facsimile)**

**The LEX Group** [DC]  
**1825 K Street, NW**  
**Suite 103**  
**Washington, DC 20006**  
**(202) 955-0001 (Telephone)**  
**(202) 955-0022 (Facsimile)**

## ITEMIZED BILL OF COSTS

CLIENT: Griffith Bates Champion & Harper, LLP  
5910 North Central Expressway, Suite 1050  
Dallas, Texas 75206  
(214) 238-8400

ATTN: Casey L. Griffith

RE: Jetblue Airways Corporation v. Copytele, Inc., et al.  
RECORD NO.: 15-86

| File Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/16/2015 | Opening Brief: | | | |
| | Cover | 1 | $125.00 | $125.00 |
| | Reproduction | 150 | $0.20 | $30.00 |
| | (25 pages x 6 copies) | | | |
| | Binding | 6 | $5.00 | $30.00 |
| | | | Total: | $185.00 |
| 3/16/2015 | Appendix: | | | |
| | Cover | 1 | $125.00 | $125.00 |
| | Reproduction | 1,602 | $0.20 | $320.40 |
| | (267 pages x 6 copies) | | | |
| | Binding | 6 | $5.00 | $30.00 |
| | | | Total: | $475.40 |
| 5/4/2015 | Reply Brief: | | | |
| | Cover | 1 | $125.00 | $125.00 |
| | Reproduction | 138 | $0.20 | $27.60 |
| | (23 pages x 6 copies) | | | |
| | Binding | 6 | $5.00 | $30.00 |
| | | | Total: | $182.60 |
| | | | **Grand Total:** | **$843.00** |